UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Enerset Electric Ltd

v.  Case Number: 4:19−cv−00450

Petroleos De Venezuela, S.A., et al.

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Judge Ewing Werlein, Jr**

**PLACE:**
Room 11521 United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 8/16/2019

**TIME:** 04:30 PM

**TYPE OF PROCEEDING:** Initial Conference

Date:   June 4, 2019                                                                                           David J. Bradley, Clerk